# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.N. and J.N., in their Own Right and as Parents and Natural Guardians of J.N., a Minor,** : | CIVIL NO. 1:14-CV-0974 |
| : | (Chief Judge Conner) |
| **Plaintiffs** : | |
| : | |
| v. : | |
| : | |
| **SOUTH WESTERN SCHOOL DISTRICT**, : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 24th day of September, 2014, upon consideration of the motion (Doc. 10) to supplement the administrative record by plaintiffs J.N. and J.N., in their own right and as parents and natural guardians of J.N., and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that plaintiffs' motion (Doc. 10) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania