# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **J.N. and J.N., in their Own Right and as Parents and Natural Guardians of J.N., a Minor,** | : : : : | **CIVIL NO. 1:14-CV-974** (Chief Judge Conner) |
| **Plaintiffs** | : : | |
| v. | : : | |
| **SOUTH WESTERN SCHOOL DISTRICT,** | : : : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 15th day of September, 2015, upon consideration of plaintiffs' motion (Doc. 29) for judgment on the administrative record, and of defendant's motion (Doc. 30) for disposition on the administrative record, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiffs' motion (Doc. 29) for judgment on the administrative record is DENIED.

2. Defendant's motion (Doc. 30) for disposition on the administrative record is GRANTED.

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania